**UNITED STATES of America, Appellant, v. Harold W. COX, Trustee, etc.**

No. 12412.

Circuit Court of Appeals, Eighth Circuit.

Aug. 24, 1942.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Henrich J. Kuhlman and Lewis W. Child, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either party, etc., pursuant to stipulation of parties for dismissal.

**Earl S. WAY, Appellant, v. UNITED STATES of America.**

No. 12339.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1942.

Rene J. Lusser, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David M. Robinson, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal from United States District Court granted and appeal dismissed.